# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| Gilbert Montano II,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>Nissan Motor Acceptance Corporation,<br><br>　　　　　　　　Defendant. | Civil Action No.: 5:16-cv-00408-CAR |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Notice of Withdrawal of Complaint and Voluntary Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: December 22, 2016

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Sergei Lemberg, Esq.*
　　　　　　　　　　　　　　　　　　　　　　Attorney Bar No.: 598666
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Gilbert Montano II
　　　　　　　　　　　　　　　　　　　　　　LEMBERG LAW, LLC
　　　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250 ext. 5500
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 22, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                */s/ Sergei Lemberg*
                Sergei Lemberg, Esq.