# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

_____

Gilbert Montano II,

              Plaintiff,

   v.

Nissan Motor Acceptance Corporation,

              Defendant.

_____

Civil Action No.: 5:16-cv-00408-CAR

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff, Gilbert Montano II, and Defendant, Nissan Motor Acceptance Corporation, by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff, Gilbert Montano II, dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted this 25th day of January 2017.

| **LEMBERG LAW, LLC** | **NALL & MILLER, LLP** |
|---|---|
| */s/ Sergei Lemberg, Esq.* | */s/ Clinton F. Fletcher, Esq.* |
| Attorney Bar No.: 598666 | Attorney for Defendant Nissan Motor |
| Attorney for Plaintiff Gilbert Montano II | Acceptance Corporation |
| 43 Danbury Road, 3rd Floor | 235 Peachtree Street NE |
| Wilton, CT 06897 | North Tower, Suite 1500 |
| Telephone: (203) 653-2250 ext. 5500 | Atlanta, GA 30303-1401 |
| Facsimile: (203) 653-3424 | Telephone: (404) 522-2200 |
| Email: slemberg@lemberglaw.com | Facsimile: (404) 522-2208 |
|  | Email: cfletcher@nallmiller.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Clinton F. Fletcher, Esq.
NALL & MILLER, LLP
235 Peachtree Street NE
North Tower, Suite 1500
Atlanta, GA 30303-1401
Attorney for Defendant

                                                */s/Sergei Lemberg, Esq.*
                                                Attorney Bar No.: 598666
                                                Attorney for Plaintiff

LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

3